FILED'08 OCT 22 10:02USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Fawn Cherry-Young,
    Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 07-1110-CL

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5600.00 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to plaintiff's attorney, the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this 21 day of October, 2008.

_____
Owen M. Panner
United States District Judge