MERRILL SCHNEIDER, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Fawn Cherry-Young, Plaintiff

FILED'09 MAY 29 09:55 USDC-ORM

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FAWN CHERRY-YOUNG
       Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security,

       Defendant.

CV # 07-1110-CL

ORDER

The court finds and orders an attorney fee of $10963.70 pursuant to 42 U.S.C. § 406(b).

This court previously awarded Equal Access to Justice Act fees of $5600.00 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $10963.70, Plaintiff's attorney will refund $5600.00, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this 29 day of May, 2009.

Owen Panner
United States District Judge